Case 4:23-cv-03460   Document 19   Filed on 04/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-23-3460 |
| BRIDENT DENTAL SERVICES, LLC, § § § | |
| Defendants. § § | |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant Brident Dental Services, LLC's Motion to Compel Arbitration, Strike Class Allegations, and Dismiss Complaint, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue individual arbitration against Defendant.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 26th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE